# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,    CIVIL CASE NO:
                                   3:14-cv-01698
    Plaintiff,

v.

Aetna Inc.,    NOVEMBER 14, 2014

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE* FOR RACHHANA T. SREY

Undersigned counsel, as local counsel for Plaintiffs, moves this Court pursuant to Local Rule 83.1 for the admission of Rachhana T. Srey to the Bar for the United States District Court, District of Connecticut, for the purpose of appearing and participating in the above-captioned case on behalf of Plaintiffs.

In support of this Motion, undersigned counsel has attached the affidavit (Exhibit A) of Ms. Srey containing the information required by Local Rule 83.1 as well as a Certificate of Good Standing (Exhibit B). In addition, in accordance with L.R. 83.1, undersigned counsel supplies the name, address, telephone number, facsimile number, e-mail address and bar registration for Ms. Srey as follows:

    Rachhana T. Srey
    Nichols Kaster, PLLP
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    Tel: (612) 256-3200
    Fax: (612) 388-4878
    srey@nka.com
    Admitted to Minnesota Supreme Court on October 29, 2004
    Minnesota Bar No. 340133

WHEREFORE, for the above-stated reasons, and based on the attached affidavit, undersigned counsel requests that Rachhana T. Srey be admitted to the Bar of the Court for the purpose of appearing and participating in the above-captioned case on behalf of the Plaintiffs. Appropriate payment is being submitted to the Court in accordance with the Court's fee schedule.

**Plaintiff, Sharon Isett, individually and on hehalf of all other similarly situated individuals**

BY: */s/ Richard E. Hayber*
Richard E. Hayber, Juris No. CT11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Fax:  (860) 218-9555
rhayber@hayberlawfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 14, 2014, a copy of the above was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Courts system.

*/s/ Richard E. Hayber*
Richard E.Hayber