UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHARON ISETT, individually and on behalf of all other similarly situated individuals,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**AETNA INC.,**<br><br>      **Defendant.** | Docket No. 3:14-cv-01698-RNC |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO COMPEL (DKT. 52 )**

   This Stipulation is entered into by and between Plaintiff Sharon Isett ("Plaintiff") and Defendant Aetna Inc. ("Defendant"), through their undersigned attorneys:

   WHEREAS, on April 8, 2015, Defendant filed a Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests (Dkt. 52) ("Motion to Compel"); on April 29, 2015, Plaintiff opposed the motion (Dkt. 55); and on May 13, 2015, Defendant filed a reply (Dkt. 57);

   WHEREAS, a hearing on Defendant's Motion to Compel is scheduled for July 2, 2015 at 1:00 PM before Magistrate Judge Donna F. Martinez;

   WHEREAS, the parties have reached an agreement, as set forth below, that renders the Motion to Compel moot;

   THEREFORE, IT IS STIPULATED AND ORDERED THAT:

   1.  Plaintiff will produce any advertisement letters or other direct mailings related to this action and also identify the recipients of those mailings;

2. Plaintiff will also produce documents responsive to Defendant's Requests for Production of Documents (including Requests 2-6, 11-12, and 15-16) that are in the possession of Plaintiff's counsel that are relevant to her individual claims;

3. Defendant's Motion to Compel is withdrawn; and

4. Defendant may renew its Motion to Compel or seek other relief if it believes that Plaintiff has not produced all documents and information placed at issue in the Motion to Compel.

IT IS SO ORDERED:

Dated: July___, 2015                                    **HON. DONNA F. MARTINEZ**

                                                                        _____
                                                                        United States Magistrate Judge

**[SIGNATURES FOLLOW ON NEXT PAGE]**

- 3 -

Dated: July 1, 2015

**NICHOLS KASTER, PLLP**

/s/ Paul J. Lukas (with permission)
Rachhana T. Srey, MN Bar No. 340133*
Rebekah L. Bailey, MN Bar No. 389599*
Paul J. Lukas, MN Bar No. 22084X*
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Fax:  (612) 215-6870
srey@nka.com
bailey@nka.com
lukas@nka.com

**THE HAYBER LAW FIRM**

Richard E. Hayber, CT Bar No. ct11629
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Fax:  (860) 218-9555
rhayber@hayberlawfirm.com

**NACHT, ROUMEL, SALVATORE, BLANCHARD & WALKER, P.C**.
David M. Blanchard, MI Bar No. P67190*
Edward Macey, MI Bar No. P72939*
101 North Main Street, Suite 555
Ann Arbor, Michigan 48104
dblanchard@nachtlaw.com

**\*** *Admitted Pro Hac Vice*

**Attorneys for Plaintiff and the Similarly Situated**

Dated: July 1, 2015

**JONES DAY**

/s/ Wendy C. Butler
Wendy C. Butler, Bar No. ct25344*
Matthew W. Lampe, Bar No. phv04349*
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
wbutler@jonesday.com
mwlampe@jonesday.com

**AETNA INC.**
Jennai S. Williams, CT Bar No. ct27762
151 Farmington Avenue RW61
Hartford, CT 06156
Tel: (860) 273-9885
Fax: (860) 273-6939
williamsj120823@aetna.com

**\*** *Admitted Pro Hac Vice*

**Attorneys for Defendant**

NAI-1500416273v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court electronic filing system.  Parties may access this filing though the Court's CM/ ECF System.

>/s/ *Wendy C. Butler*
>Wendy C. Butler

NAI-1500416273v1