UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,

      Plaintiff,

v.

Aetna Life Insurance Company,

      Defendant.

Case No. 3:14-cv-01698-RNC

April 12, 2017

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AS TO PLAINTIFF'S INDIVIDUAL CLAIM**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Aetna Life Insurance Company, Inc. ("Aetna"), by and through its undersigned counsel, hearby moves the Court for summary judgment with respect to Plaintiff Sharon Isett's ("Plaintiff") individual claim. A trial is unnecessary on Plaintiff's claim because there is no genuine dispute as to any material fact and, therefore, Defendant is entitled to summary judgment.

In support of this Motion, Aetna refers the Court to the following documents submitted herewith:

1. Defendant's Memorandum of Law in Support of the Motion (the "Memorandum of Law").
2. Defendant's Local Rule 56(a)1 Statement of Undisputed Facts
3. Exhibit A: Transcript of 9/29/16 Telephone Conference (excerpts)
4. Exhibit B: Deposition of Sharon Saravia (excerpts)
5. Exhibit C: Declaration of Andrew Baskin, MD
6. Exhibit D: Deposition of Andrew Baskin, MD (excerpts)

1

7. Exhibit E: Deposition of Sharon Isett (excerpts)
8. Exhibit F: Isett Deposition Exhibit 16
9. Exhibit G: Isett Deposition Exhibit 5
10. Exhibit H: Isett Deposition Exhibit 28
11. Exhibit I: Isett Deposition Exhibit 3
12. Exhibit J: Isett Deposition Exhibit 27
13. Exhibit K: Isett Deposition Exhibit 11

**WHEREFORE**, for the reasons described in the Memorandum of Law, Defendant respectfully requests the Court grant its Motion for Summary Judgment, dismiss Plaintiff's Complaint in its entirety, dismiss Plaintiff's individual claims in their entirety with prejudice, and award such further and other relief as the Court determines is just and proper under the circumstances.

Dated: April 12, 2017
New York, New York

Respectfully submitted,

/s/ Wendy C. Butler
Wendy C. Butler (*pro hac vice,* ct25344)
Matthew W. Lampe (*pro hac vice,* phv04349)
JONES DAY
250 Vesey Street
New York, New York  10281
Tel:  212.326.3939
Fax:  212.755.7306
wbutler@jonesday.com
mwlampe@jonesday.com

Jennai S. Williams (ct27762)
Aetna Inc.
151 Farmington Avenue RW61
Hartford, Connecticut  06156
Tel:  860.273.9885
Fax:  860.273.6939
Williamsj120823@aetna.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, a copy of the foregoing Defendant's Motion for Summary Judgment as to Plaintiff's Individual Claims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Wendy C. Butler
Wendy C. Butler (*pro hac vice,* ct25344)
JONES DAY
250 Vesey Street
New York, New York  10281
Tel:   212.326.3939
Fax:   212.755.7306
wbutler@jonesday.com