UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,   Case No. 3:14-cv-01698-RNC

      Plaintiff,

v.

Aetna Life Insurance Company,

      Defendant.

_____

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
_____

NOW COMES, Plaintiff Sharon Isett hereby moves the Court for an order granting her Motion for Partial Summary Judgment on Defendant's administrative and professional exemption affirmative defenses. This motion is supported by a contemporaneously filed Statement of Undisputed Material Facts, Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment and exhibits.

Dated: April 12, 2017

                                    **NICHOLS KASTER, PLLP**

                                    /s/Rebekah L. Bailey
                                    Paul J. Lukas, MN Bar No. 22084X*
                                    Rachhana T. Srey, MN Bar No. 340133*
                                    Rebekah L. Bailey, MN Bar No. 389599*
                                    Alexander M. Baggio, MN Bar No. 389912*
                                    4600 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN 55402
                                    Telephone: (612) 256-3200
                                    Fax: (612) 215-6870
                                    lukas@nka.com

srey@nka.com
bailey@nka.com
abaggio@nka.com

**BLANCHARD & WALKER, PLLC**
David M. Blanchard, MI Bar No. P67190*
221 North Main Street, Suite 300
Ann Arbor, Michigan 48104
blanchard@bwlawonline.com

**\*** *Admitted Pro Hac Vice*

**HAYBER LAW FIRM, LLC**
Richard E. Hayber, CT Bar No. ct11629
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Fax:  (860) 218-9555
rhayber@hayberlawfirm.com

**ATTORNEYS FOR PLAINTIFF
AND THE SIMILARLY SITUATED**

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,　　　　　　　　　　Case No. 3:14-cv-01698-RNC

　　　　　Plaintiff,

v.

Aetna Life Insurance Company,

　　　　　Defendant.
_____

**CERTIFICATE OF SERVICE**

_____

　　　　I hereby certify that on April 12, 2017, a copy of the forgoing **Plaintiff's Motion for Partial Summary Judgment** was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: April 12, 2017　　　　　　　　　　**NICHOLS KASTER, PLLP**

　　　　　　　　　　　　　　　　　　　　/s/Rebekah L. Bailey
　　　　　　　　　　　　　　　　　　　　Rebekah L. Bailey, MN Bar No. 389599*
　　　　　　　　　　　　　　　　　　　　4600 IDS Center
　　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 256-3200
　　　　　　　　　　　　　　　　　　　　Fax: (612) 215-6870
　　　　　　　　　　　　　　　　　　　　bailey@nka.com

　　　　　　　　　　　　　　　　　　　　***Admitted Pro Hac Vice*