UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON ISETT, Individually and on behalf of all other similarly situated individuals, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | NO. 3:14-cv-01698-RNC |
| | : | |
| AETNA, INC., AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC., AETNA MEDICAID ADMINISTRATORS, LLC, AMERICAN HEALTH HOLDING, INC. | : | |

<u>JUDGMENT</u>

This action having come before the Court on defendant Aetna Life Insurance Company's motion for summary judgment and plaintiff Sharon Isett's motion for partial summary judgment, before the Honorable Robert N. Chatigny, United States District Judge.  Defendants Aetna, Inc., Aetna Health of California, Inc., Aetna Medicaid Administrators, LLC, and American Health Holding, Inc., were previously dismissed, and

The Court having considered the full record of the case including applicable principles of law, and having issued a Ruling and Order granting defendant's motion for summary judgment and denying plaintiff's motion for partial summary judgment; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendant Aetna Life Insurance Company.

Dated at Hartford, Connecticut, this 30th day of September, 2018.

ROBIN D. TABORA, Clerk


By___/s/LP_____
    Lynne Pipech
    Deputy Clerk


EOD: 9/30/2018