UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,                    Case No. 3:14-cv-01698-RNC

      Plaintiff,

v.

Aetna Life Insurance Company,

      Defendant.

_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Sharon Isett, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order dated September 30, 2018 granting Defendant Aetna Life Insurance Company's motion for summary judgment on Isett's individual claim and denying Plaintiff's partial motion for summary judgment and from the final judgment entered in favor of Defendant in this action on September 30, 2018.

                                            Respectfully submitted,

Dated: October 30, 2018              **NICHOLS KASTER, PLLP**
                                            */s/Rachhana T. Srey*
                                            Rachhana T. Srey, MN Bar No. 340133*
                                            Rebekah L. Bailey, MN Bar No. 389599*
                                            4600 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, MN 55402
                                            Telephone: (612) 256-3200
                                            Fax: (612) 215-6870
                                            srey@nka.com
                                            bailey@nka.com

**BLANCHARD & WALKER, PLLC**
David M. Blanchard, MI Bar No. P67190*
221 North Main Street, Suite 300
Ann Arbor, Michigan 48104
blanchard@bwlawonline.com

**\*** *Admitted Pro Hac Vice*

**HAYBER LAW FIRM, LLC**
Richard E. Hayber, CT Bar No. ct11629
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Fax: (860) 218-9555
rhayber@hayberlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**AND THE SIMILARLY SITUATED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Sharon Isett,
individually and on behalf of all other
similarly situated individuals,                                             Case No. 3:14-cv-01698-RNC

        Plaintiff,

v.

Aetna Life Insurance Company,

        Defendant.

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on October 30, 2018, a copy of the forgoing **Notice of Appeal**, was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                    */s/Rachhana T. Srey*
                                                                                                    Rachhana T. Srey
                                                                                                    *Attorney for Plaintiff*